# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FELICITY WENDY JONES,<br><br>                                   Plaintiff,<br><br>     v.<br><br>NAVDEEP SINGH and JANE DOE SINGH, husband and wife and the marital community composed thereof; TOYOTA MOTOR SALES, U.S.A., INC., a California for-profit corporation; and TAKATA CORPORATION, a for-profit corporation,<br><br>                                 Defendants. | NO. 2:18-CV-01028<br><br>**ORDER EXTENDING ANSWER DUE DATE** |

This matter came on for hearing upon the parties' Stipulated Motion Extending Answer Due Date. Upon stipulation to the entry of this Order by all parties in this proceeding, it is now hereby ORDERED that Defendant Toyota Motor Sales, U.S.A., Inc.'s Answer to Plaintiff's Complaint shall be due on or before August 10, 2018.

IT IS SO ORDERED.

DATED this 18th day of July, 2018.

                                                        RICARDO S. MARTINEZ
                                                        CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING ANSWER DUE DATE (NO. 2:18-CV-01028) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Presented by:

| | |
|---|---|
| LAW OFFICES OF WESLEY N. EDMUNDS PLLC | BYRNES KELLER CROMWELL LLP |

By /s/ Wesley N. Edmunds
   Wesley N. Edmunds, WSBA #7112
By /s/ Matthew S. Marcoe
   Matthew S. Marcoe, WSBA #46743
7900 S.E. 28th Street, Fifth Floor
Mercer Island, Washington 98040
(206) 275-0700
wedmunds@wnelaw.com
mmarcoe@marcoelaw.com
*Attorneys for Plaintiff Felicity Wendy Jones*

By /s/ Jofrey M. McWilliam
   Jofrey M. McWilliam, WSBA #28441
By /s/ Bradley S. Keller
   Bradley S. Keller, WSBA #10665
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com
*Attorneys for Defendant Toyota Motor Sales, U.S.A., Inc.*

ORDER EXTENDING ANSWER DUE DATE (NO. 2:18-CV-01028) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000