The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FELICITY WENDY JONES,<br><br>                             Plaintiff,<br><br>    v.<br><br>NAVDEEP SINGH and JANE DOE SINGH, husband and wife and the marital community composed thereof; TOYOTA MOTOR SALES, U.S.A., INC., a California for-profit corporation; and TAKATA CORPORATION, a for-profit corporation,<br><br>                             Defendants. | NO. 2:18-CV-01028<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

This matter came on for hearing upon the parties' Stipulated Motion for Dismissal of All Claims with Prejudice. Upon stipulation to the entry of this Order by all parties in this proceeding, it is now hereby ORDERED that the Complaint and all claims in this case are dismissed with prejudice and without costs or fees to any party.

IT IS SO ORDERED.

DATED this 8 day of August, 2018.

                                                  RICARDO S. MARTINEZ
                                                  CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF
ALL CLAIMS WITH PREJUDICE (NO. 2:18-CV-01028) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

| | | |
|---|---|---|
| 1 | Presented by: | |
| 2 | LAW OFFICES OF WESLEY N. EDMUNDS PLLC | BYRNES KELLER CROMWELL LLP |
| 3 | | By /s/ Jofrey M. McWilliam |
| 4 | By /s/ Wesley N. Edmunds | Jofrey M. McWilliam, WSBA #28441 |
| | Wesley N. Edmunds, WSBA #7112 | By /s/ Bradley S. Keller |
| 5 | By /s/ Matthew S. Marcoe | Bradley S. Keller, WSBA #10665 |
| 6 | Matthew S. Marcoe, WSBA #46743 | 1000 Second Avenue, 38th Floor |
| | 7900 S.E. 28th Street, Fifth Floor | Seattle, Washington 98104 |
| 7 | Mercer Island, Washington 98040 | 206-622-2000 |
| | (206) 275-0700 | bkeller@byrneskeller.com |
| 8 | wedmunds@wnelaw.com | jmcwilliam@byrneskeller.com |
| | mmarcoe@marcoelaw.com | *Attorneys for Defendant Toyota Motor Sales, U.S.A., Inc.* |
| 9 | *Attorneys for Plaintiff Felicity Wendy Jones* | |

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF
ALL CLAIMS WITH PREJUDICE (NO. 2:18-CV-01028) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000